FILED

LOCKE LORD BISSELL & LIDDELL LLP
Matthew B. McClendon (SBN 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:  (213) 485-1500
Facsimile:   (213) 485-1200

2009 APR 20  PM 1: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

Attorneys for Defendants
SAXON MORTGAGE SERVICES, INC. (incorrectly sued as "Saxon Mortgage Servicing, Inc."); GMAC MORTGAGE, LLC (incorrectly sued as "GMAC Mortgage Corp.")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CARLOS VILLARREAL,<br><br>                    Plaintiff,<br><br>          vs.<br><br>BM REAL ESTATE SERVICES, A CALIF. CORP.; GMAC MORTGAGE CORP.; SAXON MORTGAGE SERVICING, INC.; REGIONAL TRUSTEE SERVICES CORPORATION, ANY AND ALL OTHERS WHO SEEK ANY AND ALL INTEREST, TITLE, OR RIGHT TO SUBJECT PROPERTY 3108 VERDUGO RD., LOS ANGELES, CA. 90065 COUNTY OF LOS ANGELES, CALIFORNIA, DOES 1 THROUGH 100<br><br>                    Defendants. | Case No. CV09-2716 JFW (JWJx)<br><br>**DEFENDANTS' NOTICE OF REMOVAL**<br><br>28 U.S.C. §§ 1441, 1446 & 1331<br><br>[Superior Court of California, County of Los Angeles – Case No. BC408840]<br><br>Complaint Filed: March 3, 2009 |

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES, AND

2  THEIR ATTORNEYS OF RECORD:

3        Pursuant to 28 U.S.C. §§ 1441, 1446 and 1331, Defendants Saxon Mortgage

4  Services, Inc. ("Saxon") (incorrectly sued as "Saxon Mortgage Servicing, Inc.") and

5  GMAC Mortgage, LLC ("GMACM") (incorrectly sued as "GMAC Mortgage Corp.")

6  hereby remove this action from the Superior Court of California, County of Los

7  Angeles, to the United States District Court for the Central District of California,

8  Western Division, and state as follows:

9  **STATEMENT OF THE CASE**

10      1.    On September 2, 2008, an action was commenced in the Superior Court

11  of California, County of Los Angeles by Plaintiff Jesus Carlos Villarreal styled

12  *Villarreal v. Regional Service Corp., et al.*, Case No. BC397304 (the "2008 Action").

13  Saxon removed the 2008 Action to the United States District Court for the Central

14  District of California on September 30, 2008, and moved to dismiss the complaint on

15  October 7, 2008.

16      2.    Instead of opposing Saxon's Motion to Dismiss, Villarreal filed his first

17  amended complaint in that action on October 27, 2008.  On November 10, 2009,

18  Defendant Saxon filed a Motion to Dismiss Villarreal's first amended complaint.

19      3.    On December 23, 2008, the Honorable Florence-Marie Cooper dismissed

20  the complaint and gave Villarreal thirty (30) days leave to amend.  Villarreal did not

21  file a second amended complaint, and on January 28, 2009, Judge  Florence-Marie

22  Cooper dismissed the 2008 Action with prejudice.

23      4.    On January 30, 2009, Saxon filed a motion to expunge the Notice of

24  Pendency of Action ("Lis Pendens") that Villarreal recorded in the real property

25  records in relation to the 2008 Action.

26      5.    On March 5, 2009, the 2008 Action was transferred to the docket of the

27  Honorable Manuel L. Real.

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

6.   On March 3, 2009, Villarreal commenced a second action against Saxon and GMACM, among other defendants, in the Superior Court of California, County of Los Angeles, styled *Villarreal v. BM Real Estate Servs., et al.*, Case No. BC408840 (the "2009 State Court Action").

7.   Saxon was served with the summons and copy of the complaint in the 2009 State Court Action on April 6, 2009.  Thus, this Notice of Removal is being filed within 30 days of the date that Saxon was served in the 2009 State Court Action. Upon information and belief, no other defendant has been served with a copy of the complaint in the 2009 State Court Action.[1]  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

8.   The Complaint in this case purports to assert five causes of action, identified and/or generally alleged against the collective "Defendants" as follows: (1) Fraud; (2) Declaratory Relief; (3) Constructive Trust; (4) Restitution; and (5) Quiet Title.

9.   The cause of action for fraud alleges that the collective "Defendants" have violated "California and Federal Lending Laws."  (Compl. ¶ 7).

10.   The cause of action for declaratory relief alleges that the collective "Defendants" violated the Truth In Lending Act ("TILA"), 15 U.S.C §§ 1601, *et seq.* (Compl. ¶ 20(6)).

## JURISDICTION

## FEDERAL QUESTION JURISDICTION

11.   This Court has jurisdiction over this matter under 28 U.S.C. § 1331 because Villarreal's claims arise under the laws of the United States.  The Supreme Court has held that "a case 'arose under' federal law where the vindication of a right

---

[1] Inexplicably, GMACM and Defendant Regional Trustee Services Corporation appear to have been served with the Notice of Pendency of Action recorded by Villarreal in connection with the 2009 State Court Action, *but not the summons or Complaint*, on March 30, 2009 and March 18, 2009, respectively.

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1  under state law necessarily turned on some construction of federal law." *Franchise*
2  *Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9 (1983); *see also*
3  *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1196 (9th Cir. 1988) (citing to TILA as
4  an example of a federal statute that "may be maintained in any state or federal court of
5  competent jurisdiction, and contain[s] no limitations on removal, express or otherwise,
6  to bar removal as required under section 1441(a)"); *Boyd v. Phoenix Funding Cop.*,
7  366 F.3d 524, 529 (7th Cir. 2004) (finding it "clear that the federal truth-in-lending
8  claim falls within the federal-question jurisdiction of the court").  Here, Villarreal
9  alleges violations of TILA and unspecified federal lending laws.  (Compl. ¶¶ 7, 20).
10 Accordingly, the matter turns upon a federal question, and this Court has jurisdiction.
11 Pursuant to 28 U.S.C. § 1367(a) the Court has supplemental jurisdiction over the state
12 law and common law claims asserted by Villarreal because those claims asserted form
13 part of the same case or controversy.

14      12.    Upon information and belief, no other defendants have been served with
15 the Complaint and therefore additional consent is not required. *Emrich v. Touche*
16 *Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (the requirement for consent
17 applies "only to defendants properly joined **and served** in the action.") (emphasis
18 added).

19      13.    Accordingly, all properly served and joined defendants, excluding
20 nominal, unknown, and fraudulently joined parties, have consented to this Notice of
21 Removal.

22      14.    Venue is proper in this Court pursuant to 28 U.S.C. §§ 84(a) and 1441(a)
23 because the United States District Court for the Central District of California, Western
24 Division, is the federal judicial district and division embracing the Superior Court of
25 California for the County of Los Angeles where the 2009 State Court Action was
26 originally filed.

27
28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

1    15.    Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the

2  process, pleadings, and orders served on Saxon or GMACM or on file in the 2009

3  State Court Action are attached hereto as _Exhibit 1_.

**CONCLUSION**

4

5        By this Notice of Removal and the associated attachments, Saxon and GMACM

6  do not waive any objections that they may have as to service, jurisdiction or venue, or

7  any other defenses or objections they may have to this action.  Saxon and GMACM

8  intend no admission of fact, law or liability by this Notice, and expressly reserve all

9  defenses, motions and/or pleas.  Saxon and GMACM pray that the 2009 State Court

10  Action be removed to this Court, that all further proceedings in state court be stayed,

11  and that Saxon and GMACM receive all additional relief to which they are entitled.

12

13  Dated:  April 20, 2009                    LOCKE LORD BISSELL & LIDDELL LLP

14

15                                           By: _____

16                                               Matthew B. McClendon

17                                           Attorneys for Defendants
                                             SAXON MORTGAGE SERVICES, INC.
18                                           (incorrectly sued as "Saxon Mortgage
                                             Servicing, Inc."); GMAC MORTGAGE,
19                                           LLC (incorrectly sued as "GMAC Mortgage
                                             Corp.")
20

21

22

23

24

25

26

27

28

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA, 90071-3119

# EXHIBIT 1

●

● **FILED**
LOS ANGELES SUPERIOR COURT

ANDREW LEVY, SBN153999
LAW OFFICES OF CRAWFORD AND LEVY
18791 VAN BUREN BLVD STE #E
RIVERSIDE, CA 92508
(805) 750-3113 Fax (951) 776-3467

MAR 3 – 2009

Attorney for Plaintiff

JOHN A. CLARKE, CLERK

BY MARY GARCIA, DEPUTY

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

JESUS CARLOS VILLARREAL

PLAINTIFF (S),

VS.

BM REAL ESTATE SERVICES, A
CALIF. CORP.; GMAC MORTGAGE
CORP.; SAXON MORTGAGE
SERVICING, INC.; REGIONAL
TRUSTEE SERVICES
CORPORATION, ANY AND ALL
OTHERS WHO SEEK ANY AND
ALL INTEREST, TITLE, OR
RIGHT TO SUBJECT PROPERTY
3108 VERDUGO RD., LOS
ANGELES, CA. 90065 COUNTY OF
LOS ANGELES, CALIFORNIA

DOES I THROUGH 100

Defendant(s).

Case No.   BC 408840

VERIFIED COMPLAINT
OF PLAINTIFF JESUS CARLOS
VILLAREAL FOR DAMAGES FOR:
1. FRAUD
2. DECLARATORY RELIEF
3. CONSTRUCTIVE TRUST
4. RESTITUTION
5. QUIET TITLE

ENDORSED: $350.00
REC# CDH9780570S4
CIT/CASE: BC408840
03/03/09    15224
ACCT: 80125-79550
L.A.S.C. – FILINGS M32
CREDIT TO ACCT OF NAMED PAYEE

## GENERAL ALLEGATIONS

VERIFIED CIVIL COMPLAINT FOR FRAUD

- 1 -

Exhibit  1  , Page  6

## GENERAL ALLEGATIONS

1.  At all times herein mentioned, Plaintiff was and is a resident in the State of California and resides within the jurisdiction of the County of Los Angeles.

2.  At all times relevant herein, All the Defendants were doing business in Los Angeles county.

3.  At all times mentioned herein, and upon information belief, the subject property at issue herein is located at 3108 Verdugo Rd. Los Angeles, Ca. 90065 County of Los Angeles, State of California.

4.  Plaintiff is ignorant of the true names and capacities of Defendants designated herein as Does 1 to 50 inclusive, but alleges that each such similarly designated Defendant was and is in some manner responsible for the damages and injuries alleged by Plaintiff herein. Plaintiff further alleges that such similarly designated Defendants were in some the agents of other Defendants herein, and acted with the full knowledge and consent of other Defendants herein, in bringing about the damages and injuries alleged by Plaintiff. Plaintiff will amend the Complaint when such doe Defendants have been identified according to proof at the time of trial.

5.  Plaintiff alleges and incorporates by reference the Stipulation Judgment and Injunction as Exhibit A as though fully set forth herein.

## FIRST CAUSE OF ACTION
## FRAUD

6.  Plaintiff re-alleges and incorporates by reference the allegations set forth under paragraphs 1 to 36 of the Complaint as though fully set forth herein.

7.  Within one year, Plaintiff went to Defendants  and Does 1-100 to obtain a home loan. Said Defendants informed Plaintiff he would qualify for a first loan of 30 (thirty) year fixed, Plaintiff realized the loan was an adjustable rate note, and that

Exhibit __1__ , Page __7__

1   was not what Defendant had quoted.   Interest rate was to be some where around
2   Seven (7) percent with a payment Plaintiff could afford. Thereafter, and within ten
3   (10) days of the loan closing, Plaintiff was informed by said Defendants that
4   everything was alright except that the loan would be at a slightly higher interest rate.
5   Additionally, Plaintiff could not afford the loan and said Defendants failed to
6   properly qualify him and ask for additional information to ascertain his payment
7   ability.  The loan also included a prepayment penalty; terms that would not allow
8   the Plaintiff to even refinance out of the loan until such time as the Prepayment
9   penalty period was expired. Plaintiff did close according to the higher terms. Said
10  conduct by said Defendants was a classic Bait and Switch. Additionally, Said
11  Defendants failed to properly verify and check that Plaintiff could make the
12  payments on the new loan terms.  They asked for NO additional documents and
13  funded the loan on the higher terms.  The loan also included a prepayment penalty.
14  This is a classic bait and switch and unfair business practice and is illegal under
15  California and Federal Lending Laws.

16      8. Said Defendants made the representations above about the First Loan terms
17  knowing that they were going to change them and concealed this material fact from
18  Plaintiff.  Said Defendants intent was to defraud Plaintiff by concealment.   Had
19  Plaintiff been aware of the true facts that rate was much higher and at an adjustable
20  rate and with a Prepayment Penalty, Plaintiff would have declined the loan and went
21  elsewhere? Additionally said Defendants had not concealed their true intent and the
22  true terms, Plaintiff would have gone to another company to get the needed
23  financing. Plaintiff relied on the material statements by said Defendants about there
24  only being a first loan, that the rate was as they first indicated, that there was no
25  prepayment penalty all to his detriment and all to his damage according to proof at
26  the time of trial Said Defendants did the acts, statement and things herein alleged
27  pursuant to, and in furtherance of, the Fraud and other causes of actions alleged
28  hereinafter to defraud and convert Plaintiff's money and /or property.

Exhibit 1 , Page 8

9. Said Defendants further conspired by cooperation with, lent aid and encouraged and ratified and adopted the acts of the other.

10.     Plaintiff is informed and believed and thereon alleges that the last conversion of funds in pursuance of the above described plan and action occurred on or about the dates the loans closed but within the last one (1) year.

11.     Plaintiff became aware of the true facts within two (2) months of today.

12.     Thereafter, Plaintiff was unable to make the payment and Defendants started foreclosed proceedings on his house on or about 06/2008.

13.     Between the time of Defendants' conduct and the filing of this action, Plaintiff spent hours and thousands of dollars on attorney fees associated with preparation for litigation of the case in an amount according to proof at trial.

14.     Defendant's substantial and unwarranted interference with the Plaintiff's legal dominion over the property resulted injury and distress. Defendants wrongfully exerted dominion over Plaintiff's property in denial of, and inconsistent with Plaintiffs rights to the property.

15.     As a result of the wrongful acts and statements herein alleged, Plaintiff has been generally damaged according to proof.

16.     In doing the things herein alleged, Defendants, acted with malice, oppression, willfulness and fraud as defined in Civil Code Section 3294 © and willfully with the intent to cause injury to the plaintiff. Defendants were thereby guilty of fraud, malice, oppression in conscious disregard of plaintiff's rights, thereby warranting an assessment of punitive damages in an amount appropriate to punish Defendant and deter others from engaging in similar misconduct.

## SECOND CAUSE OF ACTION
## (DECLARATORY RELIEF)

17.     Plaintiff re-alleges and incorporates by reference the allegation set forth in paragraphs 1 to 36 of the Complaint as though fully set forth herein.

Exhibit  1 , Page  9

18.     Additionally, Plaintiff seeks a judicial declaration as to the rights, liabilities and duties of Plaintiff and Defendants.

19.     An actual controversy has arisen and now exists between plaintiff and Defendants concerning their respective rights and duties in the loans and subject real property described heretofore.  Plaintiff would lose the ownership and use of his home and over $150,000.00 in deferred interest to the subject property including all of the payments he made.  Defendants disputes these contentions and contends that they have done nothing wrong.

20.     Plaintiff desires a judicial determination of his rights and duties, and a declaration as follows:

1. That Defendants benefited from Plaintiff's payments made to them and thereafter were spent on Defendants real property obligations.

2. That Plaintiff is the true owner of the subject real property and title to the subject real property be placed in his name alone.

3. Plaintiff was not made aware of the true terms of the loan said Defendants gave him.

4. That Plaintiff could not afford the risk in an adjustable loan.

5. That Defendant be ordered to pay Plaintiff approximately $150,000.00 plus prejudgment interest. and

6. That said Defendants made illegal loans in violation of lending laws including TILA violations.

21.     A judicial declaration is necessary and appropriate at this time under the circumstance in order that plaintiff may ascertain his rights and duties as to the monies taken from him by all Defendants.  Plaintiff paid for mortgage payments, insurance, property tax and maintenance on his home.  Plaintiff will lose the use, interest and enjoyment on the approximately $150,000.00 plus payments, etc.

VERIFIED CIVIL COMPLAINT FOR FRAUD
- 5 -

Exhibit __1__, Page 10

22.      Plaintiff demands $150,000.00, plus prejudgment interest and other damages for loss of use of the monies.

### THIRD CAUSE OF ACTION
### (CONSTRUCTIVE TRUST)

23.      Plaintiff re-alleges and incorporates by reference the allegations set forth under paragraphs 1-36 of the Complaint as though fully set forth herein.

24.      On or about September 5, 2008, Said Defendants attempted to take possession of said property at the Trustee Sale.

25.      Said Defendants are holding the subject property in trust for Plaintiff.

26.      Plaintiff is informed and believes and there upon alleges that at all times mentioned herein each of the Defendants was the agent and/or employers/employees of each of the remaining Defendants, and in doing the things alleged herein, were acting within the scope of such agency and/or employment and with the permission, consent and ratification of each of the co-Defendants.

27.      As a direct and proximate result of Defendants actions, Plaintiff has been damaged in an amount of not less than $150,000.00 dollars according to proof at the time of trial.

28.      Plaintiff seeks a judicial decree and order transferring the property into Plaintiff's name, due to Defendants' illegal conduct and actions, unclean hands and intent to defraud the true owner of this property.

### FOURTH OF ACTION
### (RESITITUTION)

29.      Plaintiff re-alleges and incorporates by reference paragraphs 1 through 36 of the Complaint as though fully set forth herein.

Exhibit 1 , Page 11

30.   Plaintiff under the equitable principles in Kossian vs. American National Ins. Co. ((1967) 254 Cal App. 2d 647, 650-651, 62 Cal.Rptr. 255 and County of Santa Clara vs. Robbiano (1960) 180 Cal. App 2d 845, 848-849, 5 Cal. Rptr. 19 pleads that equity will imply a contract under the facts alleged herein in order to prevent the unjust enrichment of the party who has received some benefit when no contract exists between the parties. Additionally, pursuant to Civil Code Section 3521, Defendant seeks restitution to avoid unjust enrichment by Defendants taking his monies and subject real property because one who takes a benefit ($150,000.00), must bear the burden (repayment of the $150,000.00).

31.   Defendants benefited (ownership and use of the $150,000.00) from the injury to Plaintiff (the loss of his $150,000.00) and all payments, taxes, insurance etc. paid by Plaintiff. Plaintiff expressly pleads that Defendants received benefits under circumstances that give rise to a legal or equitable obligation to account for them pursuant to Dinosaur Development Inc. vs. White (1989) 216 Cal. App. 3d 1310, 1315-1316, 265 Cal. Rptr. 525; and Nibbi Brothers, Inc. vs. Home Federal Savings and Loan Association (1988) 205 Cal App. 1415, 1422, 253 Cal. Rptr. 289.

32.   As a proximate result of Defendants conduct Plaintiff seeks $150,000.00 plus prejudgment interest under the equitable principles of law.

## FIFTH CAUSE OF ACTION
## QUIET TITLE

33.   Plaintiff incorporates the complete Complaint herein as though fully set forth in length hereat.

34.   Plaintiff seeks to Quiet Title in the name of Plaintiff JESUS VILLAREAL alone as of February 24, 2009 as against all of the defendants and any and all other who claim any title, rights or interests in 3108 Verdugo Rd., Los Angele, Ca 90065.

VERIFIED CIVIL COMPLAINT FOR FRAUD
- 7 -

Exhibit 1 , Page 12

## WHEREFORE, Plaintiff PRAYS FOR JUDGEMENT AGAINST Defendant, AND EACH OF THEM, AS FOLLOWS:

### ON THE FIRST, THIRD AND FOURTH CAUSE OF ACTION

1. For general damages in a sum according to proof at the time of trial; for special and compensatory damages according to proof at the time of trial; for statutory damages according to proof at the time of trial;

2. For punitive and exemplary damages according to proof at the time of trial;

3. For reasonable costs of suit and prejudgment interest incurred pursuant to CCP 3336; and

4. For any other relief the Court may deem just and proper.

### ON THE SECOND AND FIFTH CAUSE OF ACTIONS

1. For special and general damages according to proof at the time of trial;

2. For punitive and exemplary damages according to proof at the time of trial;

3. For reasonable costs of suit & prejudgment interest incurred; and

4. For any other relief the Court may deem just and proper.

5. For declaration that Defendant benefited from the approximately $150,000.00 and be ordered to pay Plaintiff said sum plus prejudgment interest and Quiet Title that Plaintiff is the true owner of the subject real property and for title to the subject real property be placed in Plaintiffs name alone in the office of the Los Angeles County Recorder.

6. For damages in the sum of $150,000.00 plus prejudgment interest.

7. For the Judicial determinations requested in paragraph 19 of the Complaint.

Exhibit __1__, Page 13

# VERIFICATION

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES.

I have read the foregoing *Verified Complaint for 1. Fraud 2. Declaratory Relief 3.Constructive Trust 4. Restitution 5. Quiet Title* and know its contents.

I am a party to this action. The matters stated in the foregoing documents are true of my own knowledge except as to these matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on February 23, 2009, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

February 23, 2009

Andrew Levy, SBN 153999
543 Country Club #b-417
Simi Valley, CA 93065
(805) 750-3113 Fax (951) 776-3467

Attorney for Plaintiff

VERIFIED CIVIL COMPLAINT FOR FRAUD
-9-

Exhibit 1 , Page 14

## DECLARATION OF JESUS CARLOS VILLAREAL

I, Jesus Carlos Villareal, if called as a witness would and Could testify to the following facts from my own personal Knowledge.

1.   I am the Plaintiff in the within case and am familiar with the facts as stated herein.

2.   On or about December, 2006 I applied for a 30 year Fixed rate. First mortgage with BM Real Estate Services with an interest rate of about7% or so to include taxes and insurance impounds.

3.   Shortly thereafter, I was informed by the loan officer For First BM Real Estate Services, that everything was alright except that the loan would not be a 30 year fixed but an adjustable rate, at a higher interest. The Pre-Payment Penalties were for 5 years.  Impounds were not included in the loan.

4.   I have made several attempts to contact the lender (Saxon Mortgage)since GMAC sold the loan to them they said I was behind on my payments , and I have proof that I was up to date when the loan was sold to Saxon Mortgage, but they refuse to look into my payment history to prove to Saxon that when they bought the loan I was current, I have my cancelled cashier's checks, they still refused to look into it.

5.   After I started receiving my new statements from Saxon

Mortgage where it showed that I was $8,000.00 behind on

payments, that's when all the problems started trying to prove

that I was current, so I stopped paying, because they wanted all

the monies up front, then I tried to work a plan, and they

refused.

I declare under the penalty of perjury that the foregoing

Is true and correct.  Executed this 25th day of February, 2009 at

Riverside, California.

Date: 2/27/09

J CARLOS V.
Jesus Carlos Villareal

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| LAW OFFICES OF CRAWFORD & LEVY<br>18791 VAN BUREN BLVD., SUITE E RIVERSIDE, CA 92508<br>TELEPHONE NO.:(951) 776-3464    FAX NO.*(Optional):*    (951) 776-3467<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>APR 1 5 2009<br>JOHN A. CLARKE, CLERK<br>BY RAUL SANCHEZ, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
   STREET ADDRESS: 111 N. HILL STREET
   MAILING ADDRESS:
   CITY AND ZIP CODE: LOS ANGELES, CA 90012-3107
   BRANCH NAME: CENTRAL DISTRICT

| PLAINTIFF/PETITIONER: JESUS CARLOS VILLARREAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: BM REAL ESTATE SERVICES | BC408840  D-64 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

  a. ☒ summons
  b. ☒ complaint
  c. ☒ Alternative Dispute Resolution (ADR) package
  d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
  e. ☐ cross-complaint
  f. ☒ other *(specify documents):* **Notice of Pendency (Lis Pendens)**

3. a. Party served *(specify name of party as shown on documents served):*
  **REGIONAL TRUSTEE SERVICES CORPORATION, ANY AND ALL OTHERS WHO SEEK ANY AND ALL INTEREST, TITLE, OR RIGHT TO SUBJECT PROPERTY 3108 VERDUGO RD., LOS ANGELES, CA 90065 COUNTY OF LOS ANGELES, CALIFORNIA**

  b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*

4. Address where the party was served: **616 1ST. AVENUE STE 500**
           **SEATTLE, WA 98104**

5. I served the party *(check proper box)*
  a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):*    (2) at *(time):*
  b. ☒ **by substituted service.** On *(date):* 03/18/2009 at *(time):* 01:14 pm I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*
    **CHIRSTINA TERVET, FRONT DESK MANAGER**

    (1) ☒ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
    (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
    (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
    (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):* from *(city):*    or ☒ a declaration of mailing is attached.
    (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Exhibit _1_, Page _17_

| | CASE NUMBER: |
|---|---|
| PETITIONER: JESUS CARLOS VILLARREAL | BC408840 |
| RESPONDENT: BM REAL ESTATE SERVICES | |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date)*:                 (2) from *(city)*:

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify)*: REGIONAL TRUSTEE SERVICES CORPORATION, ANY AND ALL OTHERS WHO SEEK ANY AND ALL INTEREST, TITLE, OR RIGHT TO SUBJECT PROPERTY 3108 VERDUGO RD., LOS ANGELES, CA 90065 COUNTY OF LOS ANGELES, CALIFORNIA

   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. Person who served papers
  a. Name: AUSTIN P. McDOUGALL - JANNEY AND JANNEY ATTORNEY SERVICE, INC.
  b. Address: 455 W. LA CADENA, SUITE 17  RIVERSIDE, CA 92501
  c. Telephone number: (951) 369-8369
  d. The fee for service was: $ 135.00
  e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ registered California process server:
     (i) ☐ owner   ☐ employee   ☒ independent contractor.
     (ii) Registration No.: 0557903
     (iii) County: KING COUNTY

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 04/01/2009

JANNEY AND JANNEY ATTORNEY SERVICE, INC.
455 W. LA CADENA, SUITE 17
RIVERSIDE, CA 92501
(951) 369-8369
AUSTIN P. McDOUGALL
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶            (SIGNATURE)

POS-010 [Rev January 1, 2007]        PROOF OF SERVICE OF SUMMONS        POS-010/EP903181746

Exhibit 1 , Page 18

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br><br>LAW OFFICES OF CRAWFORD & LEVY<br>18791 VAN BUREN BLVD. SUITE E RIVERSIDE, CA 92508<br>TELEPHONE NO.: (951) 776-3464        FAX NO.: (951) 776-3467<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

STREET ADDRESS: 111 N. HILL STREET

MAILING ADDRESS:

CITY AND ZIP CODE: LOS ANGELES, CA 90012-3107

BRANCH NAME: CENTRAL DISTRICT

PLAINTIFF/PETITIONER:  JESUS CARLOS VILLARREAL

DEFENDANT/RESPONDENT:  BM REAL ESTATE SERVICES

CASE NUMBER:  BC408840

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in the County of Riverside, State of California. I am over the age of 18 and not a party to the within action. My business address is 455 W. La Cadena, Suite 17, Riverside, CA 92501.

On April 1, 2009, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

  Summons;Complaint;Alternative Dispute (ADR) package;Civil Case Cover Sheet (served in complex cases only);Notice of Pendency (Lis Pendens)

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at RIVERSIDE, California, addressed as follows:

  REGIONAL TRUSTEE SERVICES CORPORATION, ANY AND ALL OTHERS WHO SEEK ANY AND ALL INTEREST, TITLE, OR RIGHT TO SUBJECT PROPERTY 3108 VERDUGO RD., LOS ANGELES, CA 90065 COUNTY OF LOS ANGELES, CALIFORNIA ATTENTION: ,
  616 1ST. AVENUE STE 500
  SEATTLE, WA 98104

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at RIVERSIDE, California in the ordinary course of business.

Fee for Service: 135.00

JANNEY AND JANNEY
455 W. LA CADENA, SUITE 17
RIVERSIDE, CA 92501

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 1, 2009.

Signature: _Gregoria Torres_

GREGORIA TORRES

## PROOF OF SERVICE BY MAIL

Exhibit 1, Page 19

FROM :                          FAX NO. :                    Apr. 09 2009 03:23PM  P4

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FILED |
|---|---|
| LAW OFFICES OF CRAWFORD & LEVY<br>18791 VAN BUREN BLVD. SUITE E RIVERSIDE, CA 92508<br>TELEPHONE NO.: (951) 778-3464   FAX NO. *(Optional):*   (951) 778-3467<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | LOS ANGELES SUPERIOR COURT<br><br>APR 1 6 2009<br><br>JOHN A. CLARKE, CLERK<br><br>BY RAUL SANCHEZ, DEPUTY |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS: 111 N. HILL STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012-3107 |
| BRANCH NAME: CENTRAL DISTRICT |

| PLAINTIFF/PETITIONER: JESUS CARLOS VILLARREAL | CASE NUMBER:<br>BC408640  D-64 |
|---|---|
| DEFENDANT/RESPONDENT: BM REAL ESTATE SERVICES | |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:

   a. ☒ summons
   b. ☒ complaint
   c. ☒ Alternative Dispute Resolution (ADR) package
   d. ☒ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* **Notice of Pendency (Lis Pendens)**

3. a. Party served *(specify name of party as shown on documents served):*
   **GMAC MORTGAGE CORP.**

   b. ☒ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship of party named in item 3a):*
   **KENNETH R. PERKINS, SENIOR VICE PRESIDENT**

4. Address where the party was served: **3451 HAMMOND AVENUE**
   **WATERLOO, IA 50702**

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
   receive service of process for the party (1) on *(date):* 03/30/2009   (2) at *(time):* 03:46 pm
   b. ☐ **by substituted service.** On *(date):* at *(time):* I left the documents listed in item 2 with or
   in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the
      person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of
      abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing
      address of the person to be served, other than a United States Postal Service post office box. I informed him or
      her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the
      place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
      *(date):* from *(city):*                              or ☐ a declaration of mailing is attached.

      (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>POS010-1/IEP903181730 |
|---|---|---|

Exhibit 1 , Page 20

FROM :                                FAX NO. :                    Apr. 09 2009 03:23PM  P5

| | CASE NUMBER: |
|---|---|
| PETITIONER: JESUS CARLOS VILLARREAL | BC408640 |
| RESPONDENT: BM REAL ESTATE SERVICES | |

c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                         (2) from *(city):*
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ by other means *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify):*
  c. ☐ as occupant.
  d. ☒ On behalf of *(specify):* GMAC MORTGAGE CORP.
     under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. Person who served papers
  a. Name: DIANA BERGMEIER - JANNEY AND JANNEY ATTORNEY SERVICE, INC.
  b. Address: 455 W. LA CADENA, SUITE 17  RIVERSIDE, CA 92501
  c. Telephone number: (951) 369-8369
  d. The fee for service was: $ 25.00
  e. I am:
    (1) ☐ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner     ☐ employee     ☒ independent contractor.
      (ii) Registration No.: 09-TR-567
      (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 04/06/2009

JANNEY AND JANNEY ATTORNEY SERVICE, INC.
455 W. LA CADENA, SUITE 17
RIVERSIDE, CA 92501
(951) 369-8369

_____DIANA BERGMEIER_____         _____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)     (SIGNATURE)

POS-010 [Rev. January 1, 2007]        **PROOF OF SERVICE OF SUMMONS**        Page 2 of 2
                                                    POS-010/LEP603161730

Exhibit  1 , Page  21

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge John F. Walter and the assigned discovery Magistrate Judge is Jeffrey W. Johnson.

The case number on all documents filed with the Court should read as follows:

### CV09- 2716 JFW (JWJx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | **[ ] Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | **[ ] Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JESUS CARLOS VILLARREAL | BM REAL ESTATE SERVICES, A CALIF. CORP.; GMAC MORTGAGE CORP.; SAXON MORTGAGE SERVICING, INC.; REGIONAL TRUSTEE SERVICES CORPORATION, ANY AND ALL OTHERS WHO SEEK ANY AND ALL INTEREST, TITLE, OR RIGHT TO SUBJECT PROPERTY 3108 VERDUGO RD., LOS ANGELES, CA. 90065 COUNTY OF LOS ANGELES, CALIFORNIA, DOES 1 THROUGH 100 |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br> Andrew Levy. <br> Law Offices of Crawford and Levy <br> 18791 Van Buren BLVD STE # E <br> Riverside, CA 92508 <br> Tel: (805) 750-3113; Fax (951) 776-3467 | Attorneys (If Known) <br> Matthew B. McClendon, Esq. <br> LOCKE LORD BISSELL & LIDDELL LLP <br> 300 South Grand Avenue, 26th Floor <br> Los Angeles, California 90071 <br> Tel: (213) 485-1500; Fax (213) 485-1200 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☒ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1601 et seq..

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities – Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |

**FOR OFFICE USE ONLY:** Case Number: _____   **CV09-2716**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   American LegalNet, Inc. www.FormsWorkflow.com   Page 1 of 2

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☒ Yes
If yes, list case number(s): CV 08-6427 R (VBKx) [Related Group Ctrl No.: CV 08-7226 R (RZx)]

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☒ Yes
If yes, list case number(s): CV 08-6427 R (VBKx) [Related Group Ctrl No.: CV 08-7226 R (RZx)]

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)  ☒ A. Arise from the same or closely related transactions, happenings, or events; or
☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☒ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | GMAC Mortgage, LLC (Texas)<br>Saxon Mortgage Services, LLC (Texas) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, California | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _Nei: Ni C☐_     Date April 20, 2009

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com